O

JS - 6

cc: order, docket, remand letter to
Los Angeles Superior Court, Southeast District,
Downey, No 10 C 03701

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as trustee for the Encore Credit Receivable Trust 2005-4 its successors and or assigns,<br><br>        Plaintiff,<br><br>    v.<br><br>ELIAS HERNANDEZ,<br><br>        Defendant.<br>_____ | Case No. CV 11-00596 DDP (FMOx)<br><br>**ORDER REMANDING CASE**<br><br>[OSC filed on March 15, 2011] |

On or about September 8, 2010, Plaintiff Deutsche Bank National Trust Company, as trustee for the Encore Credit Receivables Trust 2005-04 ("Plaintiff") sued Elias Hernandez ("Defendant") in Los Angeles County, Southeast District, Downey Superior Court alleging that Defendant had unlawfully detained real property belonging to Plaintiff. (Dkt. No. 1.) On January 20, 2011, Defendant removed the case to federal court on the basis of federal question jurisdiction.

On March 15, 2011, upon review of Defendant's Notice of Removal, the court ordered the parties to show cause why this case

should not be remanded to state court for lack of federal subject matter jurisdiction. (Dkt. No. 5.) In its Order, the court stated the following:

> [T]he court orders the parties to file cross-briefs, not to exceed ten pages, by Friday, March 25, 2011, to show cause why this action should not be remanded for lack of subject matter jurisdiction. . . . The court notes that the Defendant has the burden of establishing removal jurisdiction. If a party does not file a brief, the court will regard the party as not opposing remand of this matter.

(Order at 2:17-24.) As of the date of this Order, no party has filed any briefing addressing the issues raised in the court's Order to Show Cause. Accordingly, the court regards all parties as consenting to remand. The court therefore REMANDS this case to Los Angeles County Superior Court.

IT IS SO ORDERED.

Dated: March 28, 2011

DEAN D. PREGERSON
United States District Judge

2